ST. LUKE'S HOSPITAL KANSAS CITY, Respondent,

v.

Tracy J. KERR, Appellant.

No. WD 75842.

Missouri Court of Appeals,
Western District.

Nov. 5, 2013.

Alan B. Gallas, Kansas City, MO, for appellant.

Joseph R. Borich, III, Leawood, KS, for respondent.

Before Division One: ALOK AHUJA, P.J., and THOMAS H. NEWTON and ANTHONY REX GABBERT, JJ.

 

## ORDER

PER CURIAM:

St. Luke's Hospital Kansas City filed a petition against Tracy Kerr in the Circuit Court of Jackson County, to recover the costs of medical services it rendered to Kerr stemming from an injury to his eye. The circuit court granted St. Luke's motion for summary judgment, and Kerr appeals. We affirm. Because a published opinion would have no precedential value, an unpublished memorandum setting forth the reasons for this order has been provided to the parties. Rule 84.16(b).